## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **GEOGRAPHIC LOCATION INNOVATIONS LLC,** | § § § | |
| **Plaintiff,** | § § | **Case No: 1:21-cv-00624-MN** |
| **vs.** | § § | **PATENT CASE** |
| **WOLVERINE WORLD WIDE, INC., d/b/a HUSH PUPPIES,** | § § § | |
| **Defendant.** | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Geographic Location Innovations, LLC ("Plaintiff" or "GLI") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Wolverine World Wide, Inc. d/b/a Hush Puppies, with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: July 8, 2021.

Respectfully Submitted,

*/s/David W. deBruin*
David W. deBruin, Esq. (#4846)
Gawthrop Greenwood, PC
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**ATTORNEY FOR PLAINTIFF**